THE STATE, DEFENDANT IN ERROR, v. CLARENCE BROWN, PLAINTIFF IN ERROR.

Submitted December 12, 1905—Decided June 18, 1906.

On error to the Supreme Court.

For the plaintiff in error, *Benjamin W. Ellicott.*

For the state, *Charles A. Rathbun,* prosecutor of the pleas.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by Mr. Justice Fort, in his opinion, reported in 42 *Vroom* 354.

*For affirmance*—THE CHANCELLOR, GARRISON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL. 12.

*For reversal*—None.